**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GERALD T. MONTELEONE | : | |
| | : | |
| DEBTOR | : | NO. 20-10530 (ELF) |

**ORDER**

**AND NOW**, this 12th day of February, 2020, upon consideration of the Debtor's Motion for Extension of Time to File the Chapter 13 Schedules AB-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Calculation of Disposable Income Form 122C-2, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Debtor may file the Chapter 13 Schedules AB-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Calculation of Disposable Income Form 122C-2 on or before **February 28, 2020.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**