United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-10530-elf
Gerald T. Monteleone                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore           Page 1 of 1              Date Rcvd: Feb 13, 2020
                            Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
db             +Gerald T. Monteleone,    410 Ford Street,    Bridgeport, PA 19405-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:15      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2020 03:43:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2020 03:44:07      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Gerald T. Monteleone spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **GERALD T. MONTELEONE** | : | |
| | : | |
| **DEBTOR** | : | **NO. 20-10530 (ELF)** |

## ORDER

**AND NOW,** this 12th day of February, 2020, upon consideration of the Debtor's Motion for Extension of Time to File the Chapter 13 Schedules AB-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Calculation of Disposable Income Form 122C-2, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Debtor may file the Chapter 13 Schedules AB-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Calculation of Disposable Income Form 122C-2 on or before **February 28, 2020**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**