# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                Chapter 13

GERALD T. MONTELEONE                  Bankruptcy No. 20-10530-ELF

410 FORD STREET

BRIDGEPORT, PA 19405-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
GERALD T. MONTELEONE

410 FORD STREET

BRIDGEPORT, PA 19405-

**Counsel for debtor(s), by electronic notice only.**
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 4/17/2020                                                            /s/ William C. Miller

                                                                                _____
                                                                                William C. Miller, Esquire
                                                                                Chapter 13 Standing Trustee