# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10530-ELF

GERALD T. MONTELEONE

410 FORD STREET

BRIDGEPORT, PA 19405-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GERALD T. MONTELEONE

410 FORD STREET

BRIDGEPORT, PA 19405-

Counsel for debtor(s), by electronic notice only.

DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Date: 5/7/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee