United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 20-10530-elf
Gerald T. Monteleone                                            Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore            Page 1 of 2             Date Rcvd: Jun 10, 2020
                             Form ID: pdf900            Total Noticed: 22
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db             +Gerald T. Monteleone,    410 Ford Street,    Bridgeport, PA 19405-1410
14458704        Berkheimer Tax Collector,    P.O. Box 24150,    Lehigh Valley, PA 18002-1450
14458705       +Carrington Mortgage Services, LLC,    1600 S. Douglass Road,    Suite 200-A,
                 Anaheim, CA 92806-5951
14492406       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14458701       +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                 Norristown, PA 19401-4807
14458707        Einstein Practice Plan, Inc.,    P.O. Box 13918,    Philadelphia, PA 19101-3918
14458708        Grimley Financial Corporation,    30 Washington Avenue,    Suite C-6,
                 Haddonfield, NJ 08033-3341
14458709       +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14458710        Nationwide Mutual Ins. Co.,    P.O. Box 41656,    Philadelphia, PA 19101-1656
14458711       +PA Turnpike Commission,    8000C Derry Street,    Harrisburg, PA 17111-5200
14458712       +Professional Account Mgmt.,    2040 W. Wisconsin Avenue,    Milwaukee, WI 53233-2098
14458713       +Susan L. Monteleone,    410 Ford Street,    Bridgeport, PA 19405-1410
14458714       +Synergetic Communication, Inc.,    5450 N.W. Central #1000,    Houston, TX 77092-2016
14466893       +The Bank of New York,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14458715       +US Asset Management Inc.,    c/o EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 11 2020 04:08:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 11 2020 04:08:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 11 2020 04:08:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14458706       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 11 2020 04:09:12
                 Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
14458703       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 11 2020 04:08:41     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14473211        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 04:12:42     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14492393        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 04:13:12
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14458702*      +Gerald T. Monteleone,    410 Ford Street,    Bridgeport, PA 19405-1410
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor Gerald T. Monteleone spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
           York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Jun 10, 2020
                              Form ID: pdf900          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           Chapter 13
GERALD T. MONTELEONE

                     Debtor                        Bankruptcy No. 20-10530-ELF

## **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: June 10, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
GERALD T. MONTELEONE

410 FORD STREET

BRIDGEPORT, PA 19405-